**Samar AKINS, in certification for every African American man, woman, and child in the state of Nebraska, Plaintiff–Appellant**

v.

**Jon BRUNING, Attorney General; Dave Heineman, Governor; Chris Beutler, Mayor, Lincoln, Defendants–Appellees.**

No. 14–3550.

United States Court of Appeals, Eighth Circuit.

Submitted: March 24, 2015.

Filed: April 3, 2015.

Samar Akins, Lincoln, NE, pro se.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Samar Akins appeals the district court's [1] preservice dismissal, without prej-

udice, of his 42 U.S.C. § 1983 complaint seeking damages and equitable relief for all African American individuals in Nebraska, based on alleged generalized equal protection violations. Upon careful de novo review, we conclude that the district court's dismissal was proper. *See Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo review of 28 U.S.C. § 1915(e)(2)(B) dismissal); *see also Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir. 2004) (court need not consider factual allegations that pro se plaintiff has first presented on appeal).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Ne-    braska.